AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

CAPITAL INVESTMENT AGENCY LIMITED

V.

INVESTMENT TRADING MANAGEMENT, INC.

MAURICE BLONDIN

RAOUL J. SEVERO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 5 -  0 4 2

TO: (Name and address of Defendant)

MAURICE BLONDIN
701 Renner Road
Wilmington, DE 19810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Carbino
Mark R. Owens
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**    1/25/05

CLERK                    DATE

_Monica Mosley_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/16/05 | |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

 G Served personally upon the defendant. Place where served: _____

 G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
  discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

 G Returned unexecuted: _____

 G Other (specify): SERVED : Maurice Blondin .C/O CORPORATE CONSULTING, LTD. AT 701 RENNER RD. WILM. DE COPIES WERE ACCEPTED BY: BETH SHUE (PROCESS AGENT)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

 I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/16/05
    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.