# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

TWO LOGAN SQUARE, 12TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-2756
Telephone: (215) 567-7500

Lanna Yepez Rutecki, Paralegal
(215) 567-7519

FACSIMILE: (215) 567-2737
E-MAIL: lrutecki@klettrooney.com

March 15, 2005

Clerk of Court
United States District Court- District of DE
J. Caleb Boggs Federal Building
844 N. King Street, Lock Box 18
Wilmington, DE 19801

RE:   **Capital Investment Agency, Ltd. v. Investment Trading Management, Inc., et al.**
      **U.S.D.C., District of Delaware, Docket No.: 05-CV-0042**

Dear Clerk of Court:

Please file of record the enclosed Praecipe to Amend a Summons in connection with the above-captioned action. Please return a time-stamped copy of the Praecipe as well as the two (2) officiated summonses to our courier if time permits otherwise, you may return them in the envelope provided. I am also enclosing a diskette with a pdf. formatted version of the Praecipe.

Thank you in advance for your assistance.

Sincerely,

*Lanna Yepez Rutecki*

Lanna Yepez Rutecki, Paralegal
For KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION

/lyr
Enclosures
cc:   Jeffrey M. Carbino, Esq. (w/o encs.)
      Katie L. Miscioscia, Esq. (w/o encs.)

PENNSYLVANIA        DELAWARE        NEW JERSEY        WASHINGTON, D.C.