IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED, | : Civil Action No.: 05-042  KAJ |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| INVESTMENT TRADING MANAGEMENT, INC., et al., | : **PRAECIPE TO AMEND SUMMONS UPON DEFENDANT, RAOUL J. SEVERO** |
| Defendants. | : |

TO THE CLERK OF COURT:

Kindly issue an Alias Summons directed to Defendant, Raoul J. Severo, located at 1122 Arcadia Avenue, Unit A, Arcadia, CA 91007-9419, as listed herein.

**KLETT ROONEY LIEBER & SCHORLING**
A Professional Corporation

_____
Jeffrey M. Carbino, Esquire
DE I.D. No.: 4062
Mark R. Owens, Esquire
DE I.D. No.: 4364
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 – telephone (302) 552-4295 – facsimile

and

Gerald E. Burns, Esquire
Katie L. Miscioscia, Esquire
Two Logan Square, 12th Floor
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 567-7500

*Attorneys for Plaintiff*

Dated: March 15, 2005

[Stamp: 2005 MAR 16 AM 10:03 CLERK US DISTRICT COURT DISTRICT OF DELAWARE]

[Handwritten: ALIAS SUMMONS ISSUED 3-16-05]