ORIGINAL

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAR 16 PM 1:48

1  RAOUL J. SEVERO
   Defendant In Pro Per
2  3579 E. Foothill Blvd., Ste. 409
   Pasadena, CA 91107
3  626-574-9444

4

5  Defendant in Pro Per
   RAOUL J. SEVERO
6

7

8              **UNITED STATES DISTRICT COURT**

9                **DISTRICT OF DELAWARE**

10

11 CAPITAL INVESTMENT AGENCY         Case No: 05-042 KAJ
   LIMITED,
12 Kings House, Widmore Road,        **ANSWER TO COMPLAINT**
   London Borough of Bromley, BR1
13 1RY.

14        Plaintiff,

15 vs.

16 INVESTMENT TRADING MANAGEMENT,
   INC.
17 701 Renner Rd.
   Wilmington, DE 19810
18
   MAURICE BLONDIN, an individual,
19 701 Renner Rd.
   Wilmington, DE 19810
20
   RAOUL J. SEVERO, an individual,
21 9579 E. Foothill Blvd., #400
   Pasadena, CA 91107,
22
          Defendants.
23

24    **COMES NOW** defendant, RAOUL J. SEVERO, and in response to the

25 complaint filed by plaintiffs herein, avers, alleges, and states

26 as follows:

27    1.    Defendant is without sufficient knowledge or

28 information to form a belief as to the truth of the allegations

1  contained in paragraph 1 of the complaint, and on that basis,

2  denies each and every allegation contained therein.

3       2.   Defendant is without sufficient knowledge or

4  information to form a belief as to the truth of the allegations

5  contained in paragraph 2 of the complaint, and on that basis,

6  denies each and every allegation contained therein.

7       3.   Defendant is without sufficient knowledge or

8  information to form a belief as to the truth of the allegations

9  contained in paragraph 3 of the complaint, and on that basis,

10  denies each and every allegation contained therein.

11       4.   Defendant is without sufficient knowledge or

12  information to form a belief as to the truth of the allegations

13  contained in paragraph 4 of the complaint, and on that basis,

14  denies each and every allegation contained therein.

15       5.   Defendant admits the allegations in paragraph 5 of the

16  complaint.

17       6.   Defendant denies the allegations contained in the first

18  sentence of paragraph 6 of the complaint.  Defendant admits the

19  remaining allegations contained in paragraph 6 of the complaint.

20       7.   Defendant is without sufficient knowledge or

21  information to form a belief as to the truth of the allegations

22  contained in paragraph 7 of the complaint, and on that basis,

23  denies each and every allegation contained therein.

24       8.   Defendant is without sufficient knowledge or

25  information to form a belief as to the truth of the allegations

26  contained in paragraph 8 of the complaint, and on that basis,

27  denies each and every allegation contained therein.

28  / / /

9.    Defendant denies the allegations contained in paragraph 9 of the complaint.

10.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 of the complaint, and on that basis, denies each and every allegation contained therein.

11.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of the complaint, and on that basis, denies each and every allegation contained therein.

12.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 of the complaint, and on that basis, denies each and every allegation contained therein.

13.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13 of the complaint, and on that basis, denies each and every allegation contained therein.

14.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 of the complaint, and on that basis, denies each and every allegation contained therein..

15.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15 of the complaint, and on that basis, denies each and every allegation contained therein.

16.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations

1  contained in paragraph 16 of the complaint, and on that basis,

2  denies each and every allegation contained therein.

3      17.  Defendant is without sufficient knowledge or

4  information to form a belief as to the truth of the allegations

5  contained in paragraph 17 of the complaint, and on that basis,

6  denies each and every allegation contained therein.

7      18.  Defendant denies that Capital deposited funds into

8  defendant's account.  Defendant is without sufficient knowledge

9  or information to form a belief as to the truth of the

10 allegations contained in the second sentence of paragraph 18 of

11 the complaint, and on that basis, denies each and every

12 allegation contained therein.  Defendant denies the remaining

13 allegations contained in paragraph 18 of the complaint.

14      19.  Defendant is without sufficient knowledge or

15 information to form a belief as to the truth of the allegations

16 contained in paragraph 19 of the complaint, and on that basis,

17 denies each and every allegation contained therein.

18      20.  Defendant is without sufficient knowledge or

19 information to form a belief as to the truth of the allegations

20 contained in paragraph 20 of the complaint, and on that basis,

21 denies each and every allegation contained therein.

22      21.  Defendant is without sufficient knowledge or

23 information to form a belief as to the truth of the allegations

24 contained in paragraph 21 of the complaint, and on that basis,

25 denies each and every allegation contained therein.

26 / / /

27 / / /

28 / / /

4

22.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22 of the complaint, and on that basis, denies each and every allegation contained therein.

23.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23 of the complaint, and on that basis, denies each and every allegation contained therein, except that defendant admits that it has not returned any money to Capital.

24.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24 of the complaint, and on that basis, denies each and every allegation contained therein.

25.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 of the complaint, and on that basis, denies each and every allegation contained therein.

26.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 of the complaint, and on that basis, denies each and every allegation contained therein.

27.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27 of the complaint, and on that basis, denies each and every allegation contained therein.

/ / /

/ / /

/ / /

1  28.  Defendant is without sufficient knowledge or
2  information to form a belief as to the truth of the allegations
3  contained in paragraph 28 of the complaint, and on that basis,
4  denies each and every allegation contained therein.

5  29.  Defendant is without sufficient knowledge or
6  information to form a belief as to the truth of the allegations
7  contained in paragraph 29 of the complaint, and on that basis,
8  denies each and every allegation contained therein.

9  30.  Defendant is without sufficient knowledge or
10 information to form a belief as to the truth of the allegations
11 contained in paragraph 30 of the complaint, and on that basis,
12 denies each and every allegation contained therein.

13 31.  Defendant is without sufficient knowledge or
14 information to form a belief as to the truth of the allegations
15 contained in paragraph 31 of the complaint, and on that basis,
16 denies each and every allegation contained therein.

17 32.  Defendant admits that he has not returned any money to
18 Capital.  Defendant denies each and every remaining allegation
19 contained in paragraph 32 of the complaint.

20 33.  Defendant is without sufficient knowledge or
21 information to form a belief as to the truth of the allegations
22 contained in paragraph 33 of the complaint, and on that basis,
23 denies each and every allegation contained therein.

24 34.  Defendant incorporates by reference each and every
25 allegation contained in paragraphs 1 through 33, inclusive, of
26 this answer as though same were set forth hereat in haec verba.

27 35.  Defendant is without sufficient knowledge or
28 information to form a belief as to the truth of the allegations

6

1   contained in paragraph 35 of the complaint, and on that basis,

2   denies each and every allegation contained therein.

3        36.   Defendant is without sufficient knowledge or

4   information to form a belief as to the truth of the allegations

5   contained in paragraph 36 of the complaint, and on that basis,

6   denies each and every allegation contained therein.

7        37.   Defendant is without sufficient knowledge or

8   information to form a belief as to the truth of the allegations

9   contained in paragraph 37 of the complaint, and on that basis,

10  denies each and every allegation contained therein.

11       38.   Defendant is without sufficient knowledge or

12  information to form a belief as to the truth of the allegations

13  contained in paragraph 38 of the complaint, and on that basis,

14  denies each and every allegation contained therein.

15       39.   Defendant incorporates by reference each and every

16  allegation contained in paragraphs 1 through 38, inclusive, of

17  this answer as though same were set forth hereat in haec verba.

18       40.   Defendant is without sufficient knowledge or

19  information to form a belief as to the truth of the allegations

20  contained in paragraph 40 of the complaint, and on that basis,

21  denies each and every allegation contained therein.

22       41.   Defendant is without sufficient knowledge or

23  information to form a belief as to the truth of the allegations

24  contained in paragraph 41 of the complaint, and on that basis,

25  denies each and every allegation contained therein.

26  / / /

27  / / /

28  / / /

42.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42 of the complaint, and on that basis, denies each and every allegation contained therein.

43.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 43 of the complaint, and on that basis, denies each and every allegation contained therein.

44.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 44 of the complaint, and on that basis, denies each and every allegation contained therein.

45.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 45 of the complaint, and on that basis, denies each and every allegation contained therein.

46.  Defendant incorporates by reference each and every allegation contained in paragraphs 1 through 45 inclusive, of this answer as though same were set forth hereat in haec verba.

47.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 47 of the complaint, and on that basis, denies each and every allegation contained therein.

48.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 48 of the complaint, and on that basis, denies each and every allegation contained therein.

/ / /

49.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 49 of the complaint, and on that basis, denies each and every allegation contained therein.

50.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 50 of the complaint, and on that basis, denies each and every allegation contained therein.

51.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 51 of the complaint, and on that basis, denies each and every allegation contained therein.

52.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 52 of the complaint, and on that basis, denies each and every allegation contained therein.

53.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 53 of the complaint, and on that basis, denies each and every allegation contained therein.

54.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 54 of the complaint, and on that basis, denies each and every allegation contained therein.

55.  Defendant incorporates by reference each and every allegation contained in paragraphs 1 through 54, inclusive, of this answer as though same were set forth hereat in haec verba.

/ / /

9

56. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 56 of the complaint, and on that basis, denies each and every allegation contained therein.

57. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 57 of the complaint, and on that basis, denies each and every allegation contained therein.

58. Defendant incorporates by reference each and every allegation contained in paragraphs 1 through 57, inclusive, of this answer as though same were set forth hereat in haec verba.

59. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 59 of the complaint, and on that basis, denies each and every allegation contained therein.

60. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 60 of the complaint, and on that basis, denies each and every allegation contained therein.

61. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 61 of the complaint, and on that basis, denies each and every allegation contained therein.

62. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 62 of the complaint, and on that basis, denies each and every allegation contained therein.

/ / /

63. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 63 of the complaint, and on that basis, denies each and every allegation contained therein.

64. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 64 of the complaint, and on that basis, denies each and every allegation contained therein.

65. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 65 of the complaint, and on that basis, denies each and every allegation contained therein.

66. Defendant incorporates by reference each and every allegation contained in paragraphs 1 through 65, inclusive, of this answer as though same were set forth hereat in haec verba.

67. Defendant admits that Capital deposited $500,000 into an bank account in April, 2003. Defendant denies each and every remaining allegation contained in paragraph 67 of the complaint.

68. Defendant denies the allegations contained in paragraphs 68 of the complaint.

69. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 69 of the complaint, and on that basis, denies each and every allegation contained therein.

70. Defendant admits that he has not returned funds to Capital. Defendant denies each and every remaining allegation contained in paragraph 70 of the complaint.

/ / /

11

1    71.   Defendant denies the allegations contained in paragraph
2    71 of the complaint.

3    72.   Defendant is without sufficient knowledge or
4    information to form a belief as to the truth of the allegations
5    contained in paragraph 72 of the complaint, and on that basis,
6    denies each and every allegation contained therein.

7    73.   Defendant is without sufficient knowledge or
8    information to form a belief as to the truth of the allegations
9    contained in paragraph 73 of the complaint, and on that basis,
10   denies each and every allegation contained therein.

11    74.   Defendant is without sufficient knowledge or
12   information to form a belief as to the truth of the allegations
13   contained in paragraph 74 of the complaint, and on that basis,
14   denies each and every allegation contained therein.

15    75.   Defendant incorporates by reference each and every
16   allegation contained in paragraphs 1 through 74, inclusive, of
17   this answer as though same were set forth hereat in _haec verba_.

18    76.   Defendant denies the allegations contained in paragraph
19   76 of the complaint.

20    77.   Defendant denies the allegations contained in paragraph
21   77 of the complaint.

22    78.   Defendant denies the allegations contained in paragraph
23   78 of the complaint.

24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

12

1          **AFFIRMATIVE DEFENSES**

2          First Affirmative Defense

3          1.   As and for a first affirmative defense, defendant

4   asserts that plaintiff is barred from recovery by the doctrine of

5   laches.

6

7          Second Affirmative Defense

8          2.   As and for a second affirmative defense, defendant

9   asserts that plaintiff's action is barred by the doctrine of

10  estoppel.

11

12         Third Affirmative Defense

13         3.   As and for a third affirmative defense, defendant

14  asserts that plaintiff's damages, if any, should be offset in

15  direct proportion to its proportionate share of fault in causing

16  same.

17

18         Fourth Affirmative Defense

19         4.   As and for a fourth affirmative defense, defendant

20  asserts that plaintiff's complaint fails to state a claim upon

21  which relief can be granted.

22

23         Fifth Affirmative Defense

24         5.   As and for a fifth affirmative defense, defendant

25  asserts that this court lacks jurisdiction over the person of

26  defendant.

27  / / /

28  / / /

1 | <u>Sixth Affirmative Defense</u>

2 |     6.   As and for a sixth affirmative defense, defendant

3 | asserts that this matter was filed in the wrong venue.

4 |

5 | <u>Seventh Affirmative Defense</u>

6 |     7.   As and for a seventh affirmative defense, defendant

7 | asserts that plaintiff has failed to state a claim upon which

8 | relief could be granted.

9 |

10 | <u>Eighth Affirmative Defense</u>

11 |     8.   As and for an eighth affirmative defense, defendant

12 | asserts that plaintiff has no standing to bring the action at

13 | bar, in that Plaintiff is not an attorney and cannot sue in a

14 | representative capacity on behalf of individuals that may have

15 | transferred funds, if any, directly to defendant's account.

16 |

17 | **WHEREFORE,** defendant prays as follows:

18 |     1.   That plaintiff take nothing by reason of its complaint;

19 |     2.   That judgment be rendered in favor of defendant;

20 |     3.   That defendant be awarded his costs of suit incurred in

21 | defense of this action;

22 |     4.   That defendant be awarded his attorney's fees incurred

23 | in defense of this action;

24 |     5.   For such other and further relief as the court may deem

25 | just and proper.

26 |

27 | Dated: _MARCH 14, 2005_

                       Raoul J. Severo

28 |                        Defendant In Pro Per

## PROOF OF SERVICE

I, Bryan D. Severo, am employed in the County of Los Angeles, State of California.  I am over the age of 18 and am not a party to this action.  My business address is 3579 E. Foothill Blvd., Ste. 409, Pasadena, CA 91107.

On March 15, 2005 I served two copies of the following documents described as: **ANSWER TO COMPLAINT and DEMAND FOR JURY TRIAL** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

### PLEASE SEE ATTACHED SERVICE LIST

__X__    **BY MAIL**

    __X__    I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

    ____    I delivered such envelope by hand to the offices of the addressee(s).

    ____    I caused such envelope to be delivered by hand to the offices of the addressee(s).

__X__    **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2005, at Los Angeles, California, by

_____
Bryan D. Severo
Declarant

**SERVICE LIST**

Jeffrey M. Carbino, Esq.                    Counsel for Plaintiff
Mark R. Owens, Esq.                         CAPITAL INVESTMENT AGENCY
**KLETT ROONEY LIEBER & SCHORLING**         LIMITED
The Brandywine Building
1000 West Street, Ste. 1410
Wilmington, DE 19801
302-552-4200
302-552-4295   F

Gerald E. Burns, Esq.
Katie L. Miscioscia, Esq.
Two Logan Square, 12th Floor
18th & Arch Street
Philadelphia, PA 19103
215-567-7500
215-567-2737   F