```
 1  RAOUL J. SEVERO
    Defendant In Pro Per
 2  3579 E. Foothill Blvd., Ste. 409
    Pasadena, CA 91107
 3  626-574-9444

 4

 5  Defendant in Pro Per
    RAOUL J. SEVERO
 6
```

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAR 16 PM 1:48

## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br>Kings House, Widmore Road,<br>London Borough of Bromley, BR1 1RY.<br><br>    Plaintiff,<br><br>vs.<br><br>INVESTMENT TRADING MANAGEMENT, INC.<br>701 Renner Rd.<br>Wilmington, DE 19810<br><br>MAURICE BLONDIN, an individual,<br>701 Renner Rd.<br>Wilmington, DE 19810<br><br>RAOUL J. SEVERO, an individual,<br>9579 E. Foothill Blvd., #400<br>Pasadena, CA 91107,<br><br>    Defendants. | Case No: 05-042 KAJ<br><br>**DEMAND OF DEFENDANT, RAOUL J. SEVERO, FOR JURY TRIAL** |

  Defendant, RAOUL J. SEVERO, hereby demands a jury trial before a panel of 12 jurors.

Dated: March 14, 2005

_____
RAOUL J. SEVERO
Defendant In Pro Per
3579 E. Foothill Blvd., Ste. 409
Pasadena, CA 91107
626-574-9444

## PROOF OF SERVICE

I, Bryan D. Severo, am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to this action. My business address is 3579 E. Foothill Blvd., Ste. 409, Pasadena, CA 91107.

On March 15, 2005 I served two copies of the following documents described as: **ANSWER TO COMPLAINT and DEMAND FOR JURY TRIAL** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

__X__  **BY MAIL**

    __X__  I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

    ____  I delivered such envelope by hand to the offices of the addressee(s).

    ____  I caused such envelope to be delivered by hand to the offices of the addressee(s).

__X__  **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2005, at Los Angeles, California, by

_____
Bryan D. Severo
Declarant

**SERVICE LIST**

| | |
|---|---|
| Jeffrey M. Carbino, Esq.<br>Mark R. Owens, Esq.<br>**KLETT ROONEY LIEBER & SCHORLING**<br>The Brandywine Building<br>1000 West Street, Ste. 1410<br>Wilmington, DE 19801<br>302-552-4200<br>302-552-4295    F | Counsel for Plaintiff<br>CAPITAL INVESTMENT AGENCY<br>LIMITED |
| Gerald E. Burns, Esq.<br>Katie L. Miscioscia, Esq.<br>Two Logan Square, 12th Floor<br>18th & Arch Street<br>Philadelphia, PA 19103<br>215-567-7500<br>215-567-2737    F | |