# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

TWO LOGAN SQUARE, 12TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-2756
Telephone: (215) 567-7500

Lanna Yepez Rutecki, Paralegal
(215) 567-7519

FACSIMILE: (215) 567-2737
E-MAIL: lrutecki@klettrooney.com

March 23, 2005

Clerk of Court
United States District Court- District of DE
J. Caleb Boggs Federal Building
844 N. King Street, Lock Box 18
Wilmington, DE  19801

  RE: Capital Investment Agency, Ltd. v. Investment Trading
     Management, Inc., et al.
     U.S.D.C., District of Delaware, Docket No.: 05-CV-0042

Dear Clerk of Court:

  Please accept this letter as a request to formally withdraw Plaintiff's Praecipe to Amend a Summons that was filed with the court on or about March 16, 2005, in connection with the above-captioned action. The Amended Summons for the **1122 Arcadia Avenue, Unit A, Arcadia, CA  91007** is no longer needed. Defendant, Raoul J. Severo has been served with the proper summons and has subsequently filed an answer to Plaintiff's complaint. I am also enclosing a diskette with a pdf version of this letter.

  Thank you in advance for your assistance.

              Sincerely,

              Lanna Yepez Rutecki, Paralegal
            For KLETT ROONEY LIEBER & SCHORLING
              A PROFESSIONAL CORPORATION

/lyr
Enclosure
cc: Jeffrey M. Carbino, Esq. (w/o encs.)
   Katie L. Miscioscia, Esq. (w/o encs.)