IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED, | : Civil Action No.: 05-042 |
| Plaintiff, | : |
| v. | : |
| INVESTMENT TRADING MANAGEMENT, INC., et al., | : |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of plaintiff, Capital Investment Agency Limited's, Motion to Clarify or Extend Time for Personal Service of Process on Defendant, Maurice Blondin, and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

    1.    The time limitation contained in Federal Rule of Civil Procedure 4(m) does not apply to plaintiff's attempts to serve Blondin personally.

    2.    In the alternative, the Court grants one hundred and eighty (180) days from the date of this Order for Capital to effect personal service on Blondin.

By the Court:

_____
J.

KRLSPHI 243378v.2