IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED, | Civil Action No.: 05-042 |
| Plaintiff, | |
| v. | |
| INVESTMENT TRADING MANAGEMENT, INC., et al., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2005, I electronically filed Plaintiff's Motion to Clarify or Extend Time for Personal Service of Process on Defendant, Maurice Blondin with attached proposed order with the Clerk of Court using CM/ECF. I hereby also certify that on this 25th day of May, 2005, I caused two true and correct copies of Plaintiff's Motion to Clarify or Extend Time for Personal Service of Process on Defendant, Maurice Blondin and the proposed order to be served via regular mail upon the following:

Maurice Blondin
c/o Corporate Consulting, Ltd.
701 Renner Road
Wilmington, DE 19810

Investment Trading Management, Inc.
c/o Corporate Consulting, Ltd.
701 Renner Road
Wilmington, DE 19810

Raoul J. Severo, Esquire
3579 E. Foothill Blvd., Suite 409
Pasadena, CA 91107

Dated: May 25, 2005

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

/s/ Mark R. Owens
Mark R. Owens (4364)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 – telephone
(302) 552-4295 – facsimile
mrowens@klettrooney.com
Attorneys for Plaintiff