IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED, | : Civil Action No.: 05-042 |
| Plaintiff, | : |
| v. | : |
| INVESTMENT TRADING MANAGEMENT, INC., et al., | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on June 28, 2005, two copies of Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were served upon the following parties via first class mail:

Maurice Blondin
c/o Corporate Consulting, Ltd.
701 Renner Road
Wilmington, DE 19810

Investment Trading Management, Inc.
c/o Corporate Consulting, Ltd.
701 Renner Road
Wilmington, DE 19810

Raoul J. Severo, Esquire
3579 E. Foothill Blvd., Suite 409
Pasadena, CA 91107

Dated: June 28, 2005

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

_/s/ Mark R. Owens_
Mark R. Owens (4364)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 – telephone
(302) 552-4295 – facsimile
mrowens@klettrooney.com
Attorneys for Plaintiff

KRLSPHI241885v.1