IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED, | Civil Action No.: 05-042 |
| Plaintiff, | |
| v. | |
| INVESTMENT TRADING MANAGEMENT, INC., et al., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of July, 2005, I electronically filed a Notice of Service with respect to Plaintiff's First Set of Requests for Production of Documents Addressed to Defendant, Raoul J. Severo with the Clerk of Court using CM/ECF. I hereby also certify that on this 7th day of July, 2005, I caused two true and correct copies of the Notice of Service and Plaintiff's First Set of Requests for Production of Documents Addressed to Defendant, Raoul J. Severo to be served via first class mail upon the following:

Maurice Blondin
c/o Corporate Consulting, Ltd.
701 Renner Road
Wilmington, DE 19810

Investment Trading Management, Inc.
c/o Corporate Consulting, Ltd.
701 Renner Road
Wilmington, DE 19810

Raoul J. Severo, Esquire
3579 E. Foothill Blvd., Suite 409
Pasadena, CA 91107

Dated: July 7, 2005

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

_/s/ Mark R. Owens_
Mark R. Owens (4364)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 – telephone
(302) 552-4295 – facsimile
mrowens@klettrooney.com
Attorneys for Plaintiff