**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED, | : | |
| Plaintiff, | : : | **Civil Action No.: 05-042** |
| v. | : : | |
| INVESTMENT TRADING MANAGEMENT, INC., et al., | : : : | |
| Defendants. | : : | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE THAT** on August 9, 2005, a Subpoena was served upon Bank of America, CA9-704-04-19, P.O. Box 3609, Los Angeles, CA 90051 via Federal Express in connection with the above-captioned action.

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

Dated:  August 16, 2005

By: _____
Mark R. Owens (No. 4364)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200 (tele)
(302) 552-4295 (fax)

*Counsel for Capital Investment Agency, Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED, | : | |
| Plaintiff, | : | |
| v. | : | **Civil Action No.:  05-042** |
| INVESTMENT TRADING MANAGEMENT, INC., et al., | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Mark R. Owens, Esquire, certify that on August 16, 2005, I caused a Notice of Service, Subpoena and Rider to Subpoena to be filed electronically using CM/ECF.  I further certify that on August 16, 2005, I caused a true and correct copy of the foregoing documents to be served via regular U.S. mail upon Bank of America, CA9-704-04-19, P.O. Box 3609, Los Angeles, CA 90051 and upon defendants as follows:

| | |
|---|---|
| Maurice Blondin<br>c/o Corporate Consulting, Ltd.<br>701 Renner Road<br>Wilmington, DE 19810 | Investment Trading Management, Inc.<br>c/o Corporate Consulting, Ltd.<br>701 Renner Road<br>Wilmington, DE 19810 |
| Raoul J. Severo, Esquire<br>3579 E. Foothill Blvd., Suite 409<br>Pasadena, CA 91107 | Maurice Blondin<br>36 Avenue De Bouillon<br>6800 Libramont, Belgium<br>*(via air mail)* |

Dated:  August 16, 2005

Mark R. Owens (No. 4364)
Klett Rooney Lieber & Schorling,
A Professional Corporation
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200 (telephone)
(302) 422-4295 (fax)

*Counsel for Capital Investment Agency, Ltd.*