IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>INVESTMENT TRADING MANAGEMENT, INC., et al.,<br><br>Defendants. | Civil Action No.: 05-042 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE THAT** on August 9, 2005, a Subpoena was served upon Equivest Capital Corporation, 450 N. Brand Boulevard, 6th Floor, Glendale, CA 91203 via Federal Express in connection with the above-captioned action.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

Dated: August 16, 2005

By: _/s/ Mark R. Owens_
Mark R. Owens (No. 4364)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 (tele)
(302) 552-4295 (fax)

*Counsel for Capital Investment Agency, Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>INVESTMENT TRADING MANAGEMENT, INC., et al.,<br><br>Defendants. | Civil Action No.: 05-042 |

## CERTIFICATE OF SERVICE

I, Mark R. Owens, Esquire, certify that on August 16, 2005, I caused a Notice of Service, Subpoena and Rider to Subpoena to be filed electronically using CM/ECF. I further certify that on August 16, 2005, I caused a true and correct copy of foregoing documents to be served via regular U.S. mail upon Equivest Capital Corp., 450 N. Brand Blvd., 6th Fl., Glendale, CA 91203 and upon defendants as follows:

| | |
|---|---|
| Maurice Blondin<br>c/o Corporate Consulting, Ltd.<br>701 Renner Road<br>Wilmington, DE 19810 | Investment Trading Management, Inc.<br>c/o Corporate Consulting, Ltd.<br>701 Renner Road<br>Wilmington, DE 19810 |
| Raoul J. Severo, Esquire<br>3579 E. Foothill Blvd., Suite 409<br>Pasadena, CA 91107 | Maurice Blondin<br>36 Avenue De Bouillon<br>6800 Libramont, Belgium<br>*(via air mail)* |

Dated: August 16, 2005

/s/ Mark R. Owens

Mark R. Owens (No. 4364)
Klett Rooney Lieber & Schorling,
A Professional Corporation
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 (telephone)
(302) 422-4295 (fax)

*Counsel for Capital Investment Agency, Ltd.*