IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br>Plaintiff,<br><br>v.<br><br>INVESTMENT TRADING MANAGEMENT,<br>INC., et al.,<br>Defendants. | Civil Action No.: 05-042 |

## MOTION AND ORDER FOR
## ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Katie L. Miscioscia, Esquire to represent the above-captioned Plaintiff.

Date: 8/24/05

_____
Mark R. Owens (No. 4364)
KLETT ROONEY LIEBER & SCHORLING, P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

*Counsel to Capital Investment Agency, Ltd.*

## ORDER GRANTING MOTION

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED that counsel's motion for admission *pro hac vice* of Katie L. Miscioscia, Esquire is granted.

BY THE COURT:

_____
U.S.D.C.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>INVESTMENT TRADING MANAGEMENT,<br>INC., et al.,<br>　　　　Defendants. | Civil Action No.: 05-042 |

## CERTIFICATION BY KATIE L. MISCIOSCIA, ESQUIRE
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of Pennsylvania and New Jersey, and the United States District Court for the District Court of New Jersey, the Eastern District of Pennsylvania, and the Middle District of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been: ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 8/24/05

_____
Katie L. Miscioscia, Esquire
KLETT ROONEY LIEBER & SCHORLING, P.C.
Two Logan Square, 12th Floor
Philadelphia, PA 19103
(215) 567-7500