IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INVESTMENT TRADING MANAGEMENT, INC., et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-042-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington, this 7th day of November, 2006,

IT IS HEREBY ORDERED that plaintiff shall submit a status report to the Court on or before November 15, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

,