IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED, | : |
| | : Civil Action No.: 05-042 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| INVESTMENT TRADING MANAGEMENT, INC., et al., | : |
| | : |
| Defendants. | : |

## STATUS REPORT

Plaintiff, Capital Investment Agency, Limited ("Plaintiff"), respectfully submits this Status Report in accordance with an Order of this Court dated November 7, 2006, and reports as follows:

1. Defendant Raoul Severo filed for relief under Chapter 7 of the Bankruptcy Code in the Central District of California in December 2005, and accordingly, the Plaintiff intends to dismiss Defendant Severo upon confirmation that an Order has been entered granted a discharge to Defendant Severo.

2. Service of process was properly made upon Defendant Investment Trading and no responsive pleading has been filed. Plaintiff intends to seek a default judgment against Defendant Investment Trading as soon as possible.

241885

3. To date, Plaintiff has been unable to effectuate service upon Maurice Blondin who upon information and belief resides in Belgium.

          BUCHANAN INGERSOLL & ROONEY
A Professional Corporation

*Mary Caloway*
_____
Mary F. Caloway, Esquire
DE No. 3059
Jeffrey M. Carbino, Esquire
DE No. 4062
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200 – telephone
(302) 552-4295 – facsimile
Mary.Caloway@bipc.com
Jeffrey.Carbino@bipc.com

Attorneys for Plaintiff

Dated: November 15, 2006