IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>INVESTMENT TRADING MANAGEMENT, INC., MAURICE BLONDIN, AND RAOUL J. SEVERO,<br><br>      Defendants. | Case No.: 1:05-cv-00042 |

**WITHDRAW OF APPEARANCE AND REQUEST
TO BE REMOVED FROM THE SERVICE LIST**

Mark R. Owens is no longer associated with the law firm of Klett Rooney Lieber & Schorling, A Professional Corporation n/k/a Buchanan, Ingersoll & Rooney PC ("BI&R") and hereby withdraws his appearance in the above-captioned matter and requests to be removed from the service list. BI&R has been and continues to be counsel in the above-captioned matter.

Date: March 2, 2007

BARNES & THORNBURG LLP

/s/ Mark R. Owens
Mark R. Owens (DE No. 4364)
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433