IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>INVESTMENT TRADING MANAGEMENT, INC., MAURICE BLONDIN, AND RAOUL J. SEVERO,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:05-cv-00042<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I caused a copy of the attached Withdraw of Appearance and Request to be Removed from the Service List to be served upon the following in the manner indicated below:

Jeffrey Morgan Carbino
Buchanan, Ingersoll & Rooney, PC
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
**(via U. S. mail)**

Raoul J. Severo
3579 E. Foothill Blvd., Suite 409
Pasadena, CA 91107
**(via U. S. mail)**

Dated: March 6, 2007

Respectfully submitted,

/s/ Mark R. Owens
Mark R. Owens (DE No. 4364)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313

INDS01 MOWENS 927858v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br><br>                  Plaintiff,<br><br>v.<br><br>INVESTMENT TRADING MANAGEMENT, INC., MAURICE BLONDIN, AND RAOUL J. SEVERO,<br><br>                  Defendants. | Case No.: 1:05-cv-00042 |

## WITHDRAW OF APPEARANCE AND REQUEST
## TO BE REMOVED FROM THE SERVICE LIST

Mark R. Owens is no longer associated with the law firm of Klett Rooney Lieber & Schorling, A Professional Corporation n/k/a Buchanan, Ingersoll & Rooney PC ("BI&R") and hereby withdraws his appearance in the above-captioned matter and requests to be removed from the service list. BI&R has been and continues to be counsel in the above-captioned matter.

Date: March 2, 2007

BARNES & THORNBURG LLP

/s/ Mark R. Owens
Mark R. Owens (DE No. 4364)
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433