IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENT AGENCY LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>INVESTMENT TRADING MANAGEMENT, et al.,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-042-***<br>:<br>:<br>:<br>:<br>: |

### ORDER

At Wilmington, Delaware, this **19**[th] day of **March, 2007.**

A teleconference was held on March 19, 2007 with only counsel for the plaintiff participating. During the teleconference, and confirmed in part from the docket entries, counsel advised of his client's desire to voluntarily dismiss this action. Except for the named defendant, no other defendants have been successfully served. Further, Investment Trading has not filed an answer or other response, nor has any counsel entered appearance on its behalf. According to plaintiff's counsel, defendant Severo answered the complaint, but filed for relief under Chapter 7 of the Bankruptcy Code in the Central District of California. An Order has been entered granting a discharge to defendant Severo. Defendant Severo raised no counterclaims or crossclaims in his answer. Therefore,

IT IS ORDERED and ADJUDGED that pursuant to FRCP 41(a)(2), plaintiff's request for Voluntary Dismissal is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE